Mark R. Thierman (NSB No. 8285)
Joshua D. Buck (NSB No. 12187)
Leah L. Jones (NSB No. 13161)
THIERMAN BUCK, LLP
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500
Fax. (775) 703-5027
mark@thiermanbuck.com
josh@thiermanbuck.com
leah@thiermanbuck.com

Robert A. Dotson (NSB No. 5285)
Jill I. Greiner (NSB No. 4276)
DOTSON LAW
One East First Street
City Hall Tower, 16th Floor
Reno, NV 89501
Telephone: (775) 501-9400
rdotson@dotsonlaw.legal
jgreiner@dotsonlaw.legal

*Attorneys for Defendant*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENN DEWEESE and JOSHUA HOLTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br>ITS NATIONAL, LLC; and DOES 1 through 50, inclusive,<br>Defendants. | Case No.: 3:18-cv-00375-MMD-WGC<br><br>**NOTICE OF SETTLEMENT, STIPULATION TO VACATE ALL CURRENT DEADLINES, AND REQUEST FOR HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs GLENN DEWEESE and JOSHUA HOLTON, on behalf of themselves and all others similarly situated ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant ITS NATIONAL, LLC ("Defendant"), hereby notify the Court that the Parties have entered into a tentative settlement in this matter. The Parties will be filing formal settlement documents shortly, including the necessary motions for preliminary approval of the class action settlement and all related papers. The Parties will be filing the preliminary approval papers with the Court on or before on or before February 14, 2019. Therefore, the Parties agree that all pending

1

deadlines should be vacated. The Parties further respectfully request that a hearing be set to hear the Parties' motion for preliminary approval of the class action settlement.

DATED this 1st day of February 2019.

THIERMAN BUCK LLP

/s/*Joshua D. Buck*
MARK R. THIERMAN
Nevada State Bar No. 8285
JOSHUA D. BUCK
Nevada State Bar No. 12187
LEAH L. JONES
Nevada State Bar No. 13161
7287 Lakeside Drive
Reno, Nevada 89511
(775) 284-1500
*Attorneys for Plaintiffs*

DATED this 1st day of February 2019.

DOTSON LAW

/s/*Robert A. Dotson*
ROBERT A. DOTSON
Nevada State Bar No. 5285
JILL I. GREINER
Nevada State Bar No. 4276
One East First Street
City Hall Tower, 16th Floor
Reno, Nevada 89501
(775) 501-9400
*Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED that all future deadlines and appearances for this matter are vacated. IT IS FURTHER ORDERED that the hearing the motion for preliminary approval of the class action settlement is set for February 20, 2019 at 10:00 AM in Reno Courtroom 5.

DATED this 1st day of February, 2019.

_____
UNITED STATES JUDGE

2